United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 25, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 02-21161
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO BATALLA-SANCHEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-02-CR-174-1
--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

    Ricardo Batalla-Sanchez ("Batalla-Sanchez") appeals the

sentence following his guilty plea for illegal reentry into the

United States following deportation.  Batalla-Sanchez argues that

his prior conviction for possession of marihuana is not an

aggravated felony under the November 1, 2001, Sentencing

Guidelines § 2L1.2(b)(1)(C).  He also argues that the sentencing

provisions in 8 U.S.C. § 1326(b)(1) & (b)(2) are unconstitutional

based on <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000).  Batalla-

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Sanchez concedes that his arguments are foreclosed, but he nevertheless seeks to preserve them for Supreme Court review.

Batalla-Sanchez' arguments regarding the definitions of "drug trafficking offense" and "aggravated felony" are foreclosed by our decision in <u>United States v. Caicedo-Cuero</u>, 312 F.3d 697, 705-11 (5th Cir. 2002), <u>cert.</u> <u>denied</u>, 123 S. Ct. 1948 (2003). Batalla-Sanchez' contention that the enhancement provisions in 8 U.S.C. § 1326(b)(1) & (b)(2) are unconstitutional lacks merit because <u>Apprendi</u> did not overrule <u>Almendarez-Torres v. United States</u>, 523 U.S. 24 (1998).  <u>See</u> <u>Apprendi</u>, 530 U.S. at 489-90; <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000).

For the foregoing reasons, Batalla-Sanchez' sentence is AFFIRMED.